UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | M.J. No. 04-M- //23 - JGD |
| ) | |
| KRYSTAL M. CANNIZZARO, ) | |
| Defendant      ) | |

### AFFIDAVIT IN SUPPORT OF RULE 5(c) PROCEEDING

I, Daniel J. Meade, Special Agent, Bureau of Alcohol, Tobacco, Firearms and Explosives, do hereby make oath before the Honorable Judith Gail Dein, United States Magistrate Judge for the District of Massachusetts, that upon knowledge coming to me in connection with my official duties and as part of the official records of my office, I am advised that there is at present an outstanding warrant of arrest for one Krystal M. Cannizzaro on a one-count Indictment filed in the District of Maine charging the defendant with false statements made to support the purchase of firearms, 18 U.S.C. § 922(a)(6), and I do hereby make oath that this warrant of arrest is outstanding in said District on the basis of the information set out above. A copy of said warrant is attached.

*[signature]*
DANIEL J. MEADE
Special Agent
Bureau of Alcohol, Tobacco,
Firearms and Explosives

Subscribed and sworn to before me this 24th day of September, 2004.

*[signature]*
JUDITH GAIL DEIN
United States Magistrate Judge

SEP 23 2004 09:12 FR USMS PORTLAND ME.  2077803230 TO 87803625  P.02

COPY - NOT FOR EXECUTION
USMS will take no action/investigation
without request by investigating agency
per MOUs. Please contact originating USMS
Office upon subject's arrest.

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

04m-1123-JGD

**FOR INVESTIGATIVE PURPOSES ONLY**

UNITED STATES OF AMERICA

COPY

v.

UNITED STATES MARSHAL MAINE WARRANT OF ARREST
HOLDS ORIGINAL WARRANT

KRYSTAL M. CANNIZZARO

CASE NUMBER: 04-103-P-H

TO: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest KRYSTAL M. CANNIZZARO and bring him or her forthwith to the nearest magistrate to answer an Indictment charging him or her with:

Count One: making a false statement in connection with the acquisition of a firearm, in violation of Title 18 United States Code, Section(s) 922(a)(6).

Susan M. Durst
Name of Issuing Officer
A TRUE COPY
ATTEST: William S. Brownell, Clerk

[signatures]
Deputy Clerk
Signature of Issuing Officer

Deputy Clerk
Title of Issuing Officer

September 22, 2004 at Portland, ME
Date and Location

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED 9/23/04 | NAME AND TITLE OF ARRESTING OFFICER Daniel J. Meade ATF | SIGNATURE OF ARRESTING OFFICER [signature] |
|---|---|---|
| DATE OF ARREST 9/24/04 | | |

SEP-23-2004 14:36   Bureau of ATF Portland ME   207 780 3625   P.03/05