SEP 23 2004 09:12 FR USMS PORTLAND ME.   2077803230 TO 87803625   P.02

COPY - NOT FOR EXECUTION
USMS will take no action/investigation
without request by investigating agency
per MOUs. Please contact originating USMS
Office upon subject's arrest.

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

04m-1123-JGD

FOR INVESTIGATIVE PURPOSES ONLY

UNITED STATES OF AMERICA

COPY

v.

UNITED STATES MARSHAL MAINE   WARRANT OF ARREST
HOLDS ORIGINAL WARRANT

KRYSTAL M. CANNIZZARO

CASE NUMBER: 04-103-P-H

TO:  The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest KRYSTAL M. CANNIZZARO and bring him or her forthwith to the nearest magistrate to answer an Indictment charging him or her with:

Count One:  making a false statement in connection with the acquisition of a firearm, in violation of Title 18 United States Code, Section(s) 922(a)(6).

Susan M. Durst
Name of Issuing Officer
A TRUE COPY
ATTEST: William S. Brownell, Clerk
By _____ Deputy Clerk
Signature of Issuing Officer

Deputy Clerk
Title of Issuing Officer

September 22, 2004 at Portland, ME
Date and Location

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| DATE RECEIVED 9/23/04 | NAME AND TITLE OF ARRESTING OFFICER Daniel J. Meade ATF | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 9/24/04 | | |